UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RxUSA WHOLESALE, INC.,

                        Plaintiff,

    - against -

ALCON LABORATORIES, INC., ASTRAZENECA
PHARMACEUTICALS LP, BOEHRINGER
INGELHEIM CORPORATION(USA),
BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC., BRISTOL-MEYERS
SQUIBB COMPANY, INC., EISAI INC., FOREST
PHARMACEUTICALS, INC., GLAXO SMITH
KLINE, INC., KOS PHARMACEUTICALS, INC.,
MERCK & CO., INC., NOVARTIS
PHARMACEUTICALS CORPORATION,
ORGANON USA, INC., ORGANON
INTERNATIONAL INC., PFIZER, INC., SANOFI-
AVENTIS PHARMACEUTICALS, INC.,
SCHERING- PLOUGH CORPORATION, TAKEDA
PHARMACEUTICALS NORTH AMERICA, INC.,
WYETH PHARMACEUTICALS, McKESSON
CORPORATION, CARDINAL HEALTH, INC.,
AMERISOURCE BERGEN CORP., H.D.SMITH,
INC., BELLCO DRUG CORP., HEALTHCARE
DISTRIBUTION MANAGEMENT ASSOCIATION,
BRIAN FERREIRA, PETER J. PASQUALE,
H.D.SMITH WHOLESALE DRUG COMPANY,

                        Defendants.

------------------------------------------------------------------------X

**JUDGMENT**
CV-06-3447(DRH)

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on September 24, 2009, granting Defendants' motion to dismiss the Complaint in its entirety, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants;  that Defendants' motion to dismiss the Complaint is granted in its entirety; and that this case is hereby closed.

Dated:  Central Islip, New York
           June 24, 2009

                                                ROBERT C. HEINEMANN
                                                CLERK OF THE COURT

                                  BY:    /S/ CATHERINE VUKOVICH
                                                     DEPUTY CLERK