CV

06CV3447 (DRH)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square 40 Centre Street, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 09-4406-cv

Caption: *RxUSA Wholesale, Inc. v. Alcon Laboratories, Inc.*

Motion for: Change of Caption

*FILED DEC 02 2009*

**Set forth below precise, complete statement of relief sought:**
The entity formerly known as Merck & Co., Inc. ("Former Merck"), an appellee in this case, respectfully requests to change the caption of this matter to reflect the fact that, effective as of November 4, 2009, Former Merck is now named Merck Sharp & Dohme Corp. This name change results from Former Merck's merger with a Schering Plough Corporation subsidiary. In connection with this merger, Former Merck has changed its name to Merck Sharp & Dohme Corp. and has become a wholly-owned subsidiary of the entity formerly known as Schering Plough Corporation, which has been renamed Merck & Co., Inc.

**MOVING PARTY:** Merck & Co., Inc.
☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☒ Appellee/Respondent

**OPPOSING PARTY:** RxUSA Wholesale, Inc.

**MOVING ATTORNEY:**
Richard S. Goldstein
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5325
rgoldstein@orrick.com

**OPPOSING ATTORNEY:**
Michael L. Levine
Levine & Associates, P.C.
15 Barclay Road
Scarsdale, NY 10583
(914) 600-4288
ml@levlaw.org

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y DEC 16 2009 LONG ISLAND OFFICE*

**Court-Judge/Agency appealed from:** U.S. District Court for the Eastern District of New York (Judge Hurley)

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought? ☒ Yes ☐ No
B. been obtained? ☒ Yes ☐ No

Has **service** been effected? ☒ Yes ☐ No
[Attach proof of service]

Is **oral argument** requested? ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set? ☐ Yes ☒ No
If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**
Has request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought
in this Court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney: *Richard S. Goldstein*
Date: December 2, 2009

## ORDER

Before: Debra Ann Livingston, *Circuit Judge*

IT IS HEREBY ORDERED that the motion by Appellee Merck & Co., Inc. to amend the caption is GRANTED. The party Merck & Co., Inc. is replaced by Merck Sharp & Dohme Corp.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by _Fallek_, Administrative Attorney

*FILED DEC 07 2009 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

Date _____

CERTIFIED: DEC 07 2009