EDNY/CINY
06-CV-3447
Hurley

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of February, two thousand and ten.

Before: José A. Cabranes,
 *Circuit Judge.*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 29 2010 ★
LONG ISLAND OFFICE

RxUSA Wholesale, Inc.,

 *Plaintiff-Appellant,*

v.

ORDER
Docket No. 09-4406-cv

Alcon Laboratories, Inc., Astrazeneca Pharmceuticals, LP, Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Eisai Inc., Forest Pharmaceuticals, Inc., Glaxo Smith Kline, Kos Pharmaceuticals, Inc., Merck & Co., Inc., Novartis Pharmaceuticals Corporation, Organon USA, Inc., Organon International, Inc., Pfizer, Inc., Sanofi-Aventis US LLC, Schering-Plough Corporation, Takeda Pharmaceuticals North America, Inc., Wyeth Pharmaceuticals, Inc, McKesson Corporation, Cardinal Health, Inc., Amerisourcebergen Corp., H.D. Smith, Inc., Bellco Drug Corp, Healthcare Distribution Management Association, Brian Ferreira, Peter J. Pasquale, H.D. Smith Wholesale Drug Company,

 *Defendants-Appellees.*

IT IS HEREBY ORDERED that the motion to amend the caption to reflect that Appellees Schering-Plough Corporation has been renamed as Merck & Co., Inc. is GRANTED.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

Judy Pisnanont, Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: MAR 0 1 2010